JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendants
Broan-NuTone, LLC and
AO SMITH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEQUOIA INSURANCE COMPANY, a California corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>- vs -<br><br>BROAN-NUTONE, LLC, a Delaware limited company; AO SMITH, a Delaware corporation; JJS DEVELOPMENT, LLC; and DOES 1 - 40, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00780-GMN-VCF<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

WHEREAS, Defendant removed this case to Federal Court based on the complete diversity of the parties pursuant to 28 USC §§1332 and 1441(a); and

WHEREAS, Defendant JJS DEVELOPMENT, LLC is a Nevada corporation;

IT IS HEREBY STIPULATED AND AGREED by and between GILBERT S. HERNANDEZ, ESQ. of COZEN O'CONNOR, Attorneys for Plaintiffs SEQUOIA INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY, CYBILL L. DOTSON, ESQ. of MIKESELL LAW OFFICES, Attorneys for Defendant JJS DEVELOPMENT, LLC, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

CLAC 3010181.1

1  BROAN-NUTONE, LLC and AO SMITH that this case be remanded to District Court in Clark
2  County, Nevada.
3         DATED this 22nd day of May, 2015.

4  COZEN O'CONNOR                                          COOPER LEVENSON, P.A.

6  /s/ Gilbert Hernandez                                   /s/ Jerry S. Busby
   GILBERT HERNANDEZ, ESQ.                                 JERRY S. BUSBY, ESQ.
7  Nevada Bar No. 11153                                    Nevada Bar No. 001107
   501 West Broadway – Suite 1610                          6060 Elton Avenue – Suite A
8  San Diego, California 92101                             Las Vegas, Nevada 89107
   (619) 234-1700                                          (702) 366-1125
9  Attorney for Plaintiffs                                 Attorneys for Defendants
   SEQUOIA INSURANCE COMPANY and                           BROAN-NUTONE, LLC and
10 CONTINENTAL CASUALTY COMPANY                            AO SMITH

11 MIKESELL LAW OFFICES

14 /s/ Cybill L. Dotson
   CYBILL L. DOTSON
   Nevada Bar No. 008428
15 7251 West Lake Mead Boulevard - #250
16 Las Vegas, Nevada 89128
   (702) 228-3176
17 Attorneys for Defendant
   JJS DEVELOPMENT, LLC

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/27/2015**